## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01136-BNB
(**The above civil action number must appear on all future papers
  sent to the court in this action.  Failure to include this number
  may result in a delay in the consideration of your claims.**)

TIMOTHY DOYLE YOUNG,

      Applicant,

v.

WARDEN BERKEBILE,

      Respondent.

---

## ORDER DIRECTING APPLICANT TO CURE DEFICIENCIES

---

Applicant, Timothy Doyle Young, is in the custody of the United States Bureau of Prisons and currently is incarcerated at ADX in Florence, Colorado.  Applicant has submitted a pleading titled, "Habeas Corpus."

As part of the Court's review pursuant to D.C.COLO.LCivR 8.2, the Court has determined that the submitted documents are deficient as described in this Order.  Applicant will be directed to cure the following if he wishes to pursue his claims.  Any papers that Applicant files in response to this Order must include the civil action number on this Order.

Furthermore, Applicant complains that prison staff will not provide him with habeas corpus forms, inmate account statements, or legal envelopes so he may send

exhibits with the Application in this action.  Applicant has failed to demonstrate that he has requested forms, account statements, legal envelopes but has been denied the request.  Applicant must provide evidence that he submitted a request to prison staff for each of the three items and prison staff responded telling him that they would not provide any of the three items.

**28 U.S.C. § 1915 Motion and Affidavit**:

| | | |
|---|---|---|
| (1) | X | is not submitted |
| (2) | __ | is missing affidavit |
| (3) | __ | is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing |
| (4) | X | is missing **certified** statement showing current balance in prison account |
| (5) | __ | is missing required financial information |
| (6) | __ | is missing an original signature by the prisoner |
| (7) | __ | is not on proper form (must use the court's current form) |
| (8) | __ | names in caption do not match names in caption of complaint, petition or habeas application |
| (9) | __ | other: |

**Complaint, Petition or Application**:

| | | |
|---|---|---|
| (11) | __ | is not submitted |
| (12) | X | is not on proper form (must use the court's current form) |
| (13) | __ | is missing an original signature by the prisoner |
| (14) | __ | is missing page nos. ___ |
| (15) | __ | uses et al. instead of listing all parties in caption |
| (16) | __ | An original and a copy have not been received by the court.  Only an original has been received. |
| (17) | __ | names in caption do not match names in text |
| (18) | X | other: Applicant's claims challenge the execution of his sentence and more properly are raised in an action filed pursuant to 28 U.S.C. § 2241 |

Accordingly, it is

ORDERED that Applicant cure the deficiencies designated above **within thirty days from the date of this Order**.  Any papers that Applicant files in response to this Order must include the civil action number on this Order.  It is

2

FURTHER ORDERED that Applicant shall obtain the Court-approved forms used in filing a habeas corpus application pursuant to 28 U.S.C. § 2241 and a 28 U.S.C. § 1915 motion in a habeas corpus action (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov.  It is

FURTHER ORDERED that if Applicant fails to cure the designated deficiencies **within thirty days from the date of this Order** the action will be dismissed without further notice.

DATED April 30, 2013, at Denver, Colorado.

BY THE COURT:

s/Boyd N. Boland_____
United States Magistrate Judge

3